The People of the State of New York, Respondent,
against
Jamar Jones, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kevin B. McGrath, J.), rendered November 12, 2014, after a nonjury trial, convicting him of unlawful possession of marijuana, and imposing sentence.




Per Curiam.
Appeal from judgment of conviction (Kevin B. McGrath, J.), rendered November 12, 2014, dismissed, as academic.
Under CPL 160.50(5), effective August 28, 2019, defendant's conviction for unlawful possession of marijuana (see Penal Law § 221.05) became a nullity by operation of law, independently of any appeal, and without requiring any action by this Court. Thus this appeal from said conviction must be dismissed as academic.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 9, 2019